

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2021

No. 04-21-00332-CV

Otis **SPEARS**, Oscar Minor and Bruce O'Neal, as trustees of the Emmanuel African Methodist Episcopal Church,
Appellants

v.

**EMMANUEL AFRICAN METHODIST EPISCOPAL CHURCH**, Carl E. Garmon Sr. & Raymond Bryant and Crosspoint Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-01189
Honorable David A. Canales, Judge Presiding

# O R D E R

The clerk's record was originally due September 10, 2021, but was not filed. On September 13, 2021, the district clerk filed a notification of late record, stating the clerk's record was not filed because appellants had failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellants were not entitled to appeal without paying the fee.

We therefore **ORDER** appellants to provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee **by September 23, 2021**. If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2021.



FILE COPY

MICHAEL A. CRUZ, Clerk of Court